J. KEVIN LILLY, Bar No. 119981
klilly@littler.com
KARA L. JASSY, Bar No. 198846
kjassy@littler.com
SCOTT M. LIDMAN, Bar No. 199433
slidman@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

Attorneys for Defendant
ASHLEY FURNITURE INDUSTRIES, INC. AND
STONELEDGE FURNITURE LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO BERMUDEZ VAQUERO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., A Wisconsin Corporation; STONELEDGE FURNITURE LLC, a Wisconsin Limited Liability Corporation, and DOES 1 through 10, Inclusive,<br><br>Defendant. | Case No. 12-cv-8590 PA (MANx)<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATED PROTECTIVE ORDER REGARDING PROTECTION AGAINST INADVERTENT PRODUCTION OF PRIVILEGED DOCUMENTS**<br><br>NOTE CHANGES MADE BY THE COURT. |

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Firmwide:116138254.1 061736.1008

## ORDER

The Court has reviewed the parties' Joint Stipulation For Protective Order Regarding Protection Against Inadvertent Production of Privileged Documents ("Protective Order"). Good cause appearing, the parties' Protective Order is GRANTED, *except as indicated* The stipulated Protective Order is hereby entered and approved by the Court for use in the above-captioned case subject to the following conditions:

a. The Court may modify this Order *sua sponte* in the interest of justice.

b. This Order is subject to further court orders based upon public policy and other considerations.

IT IS SO ORDERED.

DATED: 12/13, 2012

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Firmwide:116138254.1 061736.1008

1.