# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO BERMUDEZ VAQUERO, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ASHLEY FURNITURE INDUSTRIES, Inc., a Wisconsin Corporation; STONELEDGE FURNITURE LLC, a Wisconsin Limited Liability Corporation, and DOES 1 Through 10, Inclusive<br><br>　　　　Defendants. | Case No.: 2:12-cv-08590-PA-MAN<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE DATE TO FILE FOR CLASS CERTIFICATION (LOCAL RULE 23-3), OR IN THE ALTERNATIVE, COMPEL DISCOVERY**<br><br>NOTE: CHANGES MADE BY THE COURT |

- 1 -

1  Good cause having been shown therefore, IT IS ORDERED THAT:

2  1.  Plaintiff's Ex Parte Application is Granted.

3  2.  It is further Ordered as follows:

4  a.  Plaintiff's Motion for Class Certification shall be filed no later than March 5, 2013;

6  b.  Defendants shall file their Opposition by March 19, 2013;

7  c.  Plaintiff shall file a Reply by March 26, 2013;

8  d.  Plaintiffs' Motion for Class Certification shall be heard on Monday, April 8, 2013 at 1:30 p.m., in Courtroom 15, by the Honorable Percy Anderson.

IT IS SO ORDERED.

DATED: December 13, 2012

Hon. Percy Anderson
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO WAIVE AND/OR CONTINUE THE CLASS CERTIFICATION FILING DEADLINE SET BY LR 23-3