Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5664
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Raphael A. Katri, Esq. (#221941)
LAW OFFICES OF RAPHAEL A. KATRI
8549 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90211-3104
Tel.: (310) 940-2034 / Fax: (310) 733-5644
Email: RKatri@socallaborlawyers.com

Michael D. Singer, Esq. (#115301)
Jeff Geraci, Esq. (#151519)
COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101-5305
Tel.: (619) 595-3001 / Fax: (619) 595-3000
Email: Singer@ck-lawfirm.com

Attorneys for Plaintiff RICARDO BERMUDEZ VAQUERO,
on behalf of himself and all others similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO BERMUDEZ VAQUERO, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin Corporation; STONELEDGE FURNITURE LLC, a Wisconsin Limited Liability Corporation, and DOES 1 through 10, Inclusive, <br><br> Defendants. | Case No.: 2:12-cv-08590-PA-MAN <br> Honorable Percy Anderson <br> Courtroom 15 <br><br> **CLASS ACTION** <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Action filed: August 24, 2012 <br> Trial date: November 26, 2013 |

///

///

///

LAW OFFICES OF
KEVIN T. BARNES
5670 WILSHIRE BLVD.
SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM

- 1 -

**JOINT NOTICE OF SETTLEMENT**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Ricardo Bermudez Vaquero, on behalf of himself and all others similarly situated, and Defendant Stonelege Furniture, LLC have reached a global, class-wide settlement in the above-referenced case, as well as the related case entitled *Ricardo Bermudez Vaquero and Robert Schaefer, v. Stonedledge Furniture, LLC*, Los Angeles Superior Court Case No. BC522676, subject to Court approval.  The Parties have executed a Memorandum of Understanding, and are currently preparing a long-form, written settlement agreement.  Below are the upcoming scheduled dates in this matter:

- November 17, 2017 - Final Pre-Trial Conference; and

- December 12, 2017 - Trial.

Dated: October 24, 2017         LAW OFFICES OF KEVIN T. BARNES
                                LAW OFFICES OF RAPHAEL A. KATRI
                                COHELAN KHOURY & SINGER

                                By:    */s/ Kevin T. Barnes*
                                       Kevin T. Barnes, Esq.
                                       Michael D. Singer, Esq.
                                       Attorneys for Plaintiff

Dated: October 24, 2017         LITTLER MENDELSON, P.C.

                                By:    */s/ Scott Lidman*
                                       Scott Lidman, Esq.
                                       Attorneys for Defendant

**JOINT NOTICE OF SETTLEMENT**

LAW OFFICES OF
KEVIN T. BARNES
5670 WILSHIRE BLVD.
SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, the undersigned, am over the age of 18 years and not a party to this action. My business address is 5670 Wilshire Boulevard, Suite 1460, Los Angeles, CA 90036-5664, which is located in Los Angeles County, where the service herein occurred.

On the date of execution hereof, I caused to be served the following attached document/s:

**JOINT NOTICE OF SETTLEMENT**

on the interested parties in this action, addressed as follows:

*Attorneys for Defendants:*                    *Attorneys for Plaintiffs:*

J. Kevin Lilly, Esq.                          Raphael A. Katri, Esq.
Scott Lidman, Esq.                            LAW OFFICES OF RAPHAEL A. KATRI
LITTLER MENDELSON, P.C.                       8549 Wilshire Boulevard, Suite 200
2049 Century Park East, 5th Floor             Beverly Hills, CA 90211-3104
Los Angeles, CA 90067-3107                    Tel.: (310) 940-2034
Tel.: (310) 553-0308                          Fax: (310) 733-5644
Fax: (310) 553-5583                           Email: RKatri@socallaborlawyers.com
Email: KLilly@littler.com

                                              Michael D. Singer, Esq.
                                              Jeff Geraci, Esq.
                                              COHELAN KHOURY & SINGER
                                              605 C Street, Suite 200
                                              San Diego, CA 92101-5305
                                              Tel.: (619) 595-3001
                                              Fax: (619) 595-3000
                                              Email: Singer@ck-lawfirm.com

                                              Michael Rubin, Esq.
                                              ALTSHULER BERZON LLP
                                              177 Post Street, Suite 300
                                              San Francisco, CA 94108
                                              Tel.: (415) 421-7151
                                              Fax: (415) 362-8064
                                              Email: mrubin@altshulerberzon.com

using the following service method:

**X   VIA ELECTRONIC SERVICE:** The above documents were electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the above interested parties.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on **October 24, 2017**, at Los Angeles, California.

*/s/ Cindy Rivas*
**Cindy Rivas**

LAW OFFICES OF
KEVIN T. BARNES
5670 WILSHIRE BLVD.,
SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM