Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5664
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Raphael A. Katri, Esq. (#221941)
LAW OFFICES OF RAPHAEL A. KATRI
8549 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90211-3104
Tel.: (310) 940-2034 / Fax: (310) 733-5644
Email: RKatri@socallaborlawyers.com

Michael D. Singer, Esq. (#115301)
Jeff Geraci, Esq. (#151519)
COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101-5305
Tel.: (619) 595-3001 / Fax: (619) 595-3000
Email: Singer@ck-lawfirm.com

Attorneys for Plaintiff RICARDO BERMUDEZ VAQUERO,
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO BERMUDEZ VAQUERO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin Corporation; STONELEDGE FURNITURE LLC, a Wisconsin Limited Liability Corporation, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 2:12-cv-08590-PA-MAN<br>Honorable Percy Anderson<br>Courtroom 15<br><br>**CLASS ACTION**<br>ORDER DENYING **[PROPOSED] ORDER GRANTING PARTIES' EX PARTE APPLICATION TO STAY ACTION PENDING CLASS-WIDE SETTLEMENT IN THE RELATED ACTION CURRENTLY PENDING IN STATE COURT ENTITLED** *VAQUERO, ET AL. V. STONELEGE FURNITURE*<br><br>Action filed: August 24, 2012<br>Trial date: November 26, 2013 |

///

///

///

- 1 -

**ORDER GRANTING PARTIES' EX PARTE APPLICATION TO STAY ACTION PENDING CLASS-WIDE SETTLEMENT IN THE RELATED ACTION CURRENTLY PENDING IN STATE COURT ENTITLED** *VAQUERO, ET AL. V. STONELEGE FURNITURE*

**[PROPOSED] ORDER**

Based on review of the ex parte application jointly filed by the Parties and for good cause shown, it is hereby ORDERED that all pending dates are vacated and this action is stayed pending approval of a class wide settlement in the related action currently pending in Los Angeles Superior Court, *Vaquero, et al. v. Stoneledge Furniture, Inc.,* Case No. BC522676 *Vaquero, et al. v. Stoneledge Furniture, LLC*. The Parties are to provide Joint Status Reports to the Court every forty-five (45) days, describing the activity in *Vaquero II* and the effort to obtain approval of the class settlement, and file a Joint Status Report upon final approval of the settlement

Dated: _____       _____

Hon. Percy Anderson
Judge of the District Court

**DENIED**
BY ORDER OF
UNITED STATES DISTRICT JUDGE
10/30/17

- 2 -

**ORDER GRANTING PARTIES' EX PARTE APPLICATION TO STAY ACTION PENDING CLASS-WIDE SETTLEMENT IN THE RELATED ACTION CURRENTLY PENDING IN STATE COURT ENTITLED**
*VAQUERO, ET AL. V. STONELEGE FURNITURE*