JS-6

1 Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5664
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Raphael A. Katri, Esq. (#221941)
LAW OFFICES OF RAPHAEL A. KATRI
8549 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90211-3104
Tel.: (310) 940-2034 / Fax: (310) 733-5644
Email: RKatri@socallaborlawyers.com

Michael D. Singer, Esq. (#115301)
Jeff Geraci, Esq. (#151519)
COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101-5305
Tel.: (619) 595-3001 / Fax: (619) 595-3000
Email: Singer@ck-lawfirm.com

Attorneys for Plaintiff RICARDO BERMUDEZ VAQUERO,
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO BERMUDEZ VAQUERO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin Corporation; STONELEDGE FURNITURE LLC, a Wisconsin Limited Liability Corporation, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 2:12-cv-08590-PA-MAN<br>Honorable Percy Anderson<br>Courtroom 15<br><br>**CLASS ACTION**<br><br>**ORDER RE: STIPULATION TO DISMISS WITHOUT PREJUDICE**<br><br>Action filed: August 24, 2012<br>Trial date: November 26, 2013 |

///

///

///

- 1 -

**[PROPOSED] ORDER RE: STIPULATION TO DISMISS WITHOUT PREJUDICE**

# [PROPOSED] ORDER

Based on the stipulation of the parties filed herein, it is hereby ORDERED that this action is dismissed without prejudice, with each party to bear her/its own costs and fees in connection therewith.

Dated: November 1, 2017  _____
Hon. Percy Anderson
Judge of the District Court